**No. 41738.**—Protest 797284–G of American Fluresit Co. (Baltimore).

Opinion by KEEFE, J. A sample marked "Duromit" was analyzed and found to be a mixture consisting mainly of quartz, silicates high in manganese, and a small amount of carbides and silicides. It appeared that it contained over 85

percent of quartz silicate. No evidence was found to show that the merchandise consists of sand or of manufactured sand, or what it is, other than an earthy or mineral substance. On the record presented the protest was overruled.